## Steininger *v.* Brady (et al., Appellant).

Argued June 17, 1958. Before RHODES, P. J., GUNTHER, WRIGHT, WOODSIDE, ERVIN, and WATKINS, JJ. (HIRT, J., absent).

Before KREISHER, P. J.

*Jack C. Briscoe,* with him *Nickolas Piazza,* for appellant.

*Donald A. Lewis,* for appellee.

OPINION PER CURIAM, July 17, 1958:

The six judges who heard the argument of this case being equally divided in opinion, the judgment of the court below is affirmed.